IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02194-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

WILLIAM S. DENNEN,

      Appellant,

v.

WILLIAM HORLBECK, and
MADELINE DUNCAN,

      Appellees.

---

## ORDER DIRECTING APPELLANT TO CURE DEFICIENCIES

---

      Appellant, William S. Dennen, has submitted a Notice of Appeal from the United

States Bankruptcy Court.  A new case was opened in this court on October 2, 2015.  As

part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined

that the submitted documents are deficient as described in this order.  Appellant will be

directed to cure the following if he wishes to pursue his claims.  Any papers that the

Appellant files in response to this order must include the civil action number on this

order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)  _X_    is not submitted
(2)  ___    is not on proper form (must use the court's current form)
(3)  ___    is missing original signature by Plaintiff
(4)  ___    is missing affidavit
(5)  ___    affidavit is incomplete
(6)  ___    affidavit is not notarized or is not properly notarized
(7)  ___    names in caption do not match names in caption of complaint, petition or

application
(8)     X      other: <u>Motion is only necessary if $298.00 filing fee is not paid in advance</u>.

**Complaint or Petition**:
(9)     __      is not submitted
(10)     __      is not on proper form (must use the court's current form)
(11)     __      is missing an original signature by the Plaintiff
(12)     __      is incomplete
(13)     __      uses et al. instead of listing all parties in caption
(14)     __      names in caption do not match names in text
(15)     __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)     __      other: _____

Accordingly, it is

ORDERED that the Appellant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Appellant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Appellant shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) at www.cod.uscourts.gov.  Alternatively, Appellant may obtain the form in person at the United States District Court Clerk's Office, 909 19th Street, Denver, Colorado.  It is

FURTHER ORDERED that, if the Appellant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the notice of appeal and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 5, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher_____
United States Magistrate Judge