IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02194-GPG

In Re: WILLIAM S. DENNEN,

     Debtor,

WILLIAM S. DENNEN,

     Appellant,

v.

WILLIAM HORLBECK, and
MADELINE DUNCAN,

     Appellees.

_____

## ORDER ASSIGNING CASE TO AP DOCKET

_____

     Debtor/Appellant, William S. Dennen, initiated this bankruptcy appeal by filing *pro se* a Notice of Appeal and Statement of Election (ECF No. 2), electing to have the appeal heard by the United States District Court.   The Court has jurisdiction over the appeal pursuant to 28 U.S.C. § 158(a)(1).

     Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case is not appropriate for summary dismissal at this time. Therefore, the appeal will be assigned to the AP docket for further review.   *See* D.C. COLO.LAPR 10.3.   Accordingly, it is

     ORDEDERED that this appeal from the United States Bankruptcy Court for the District of Colorado shall be assigned to the AP Docket.

     DATED January 6, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge