**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-02194-WYD

In Re: WILLIAM S. DENNEN,

      Debtor,

WILLIAM S. DENNEN,

      Appellant,

v.

WILLIAM HORLBECK, and
MADELINE DUNCAN,

      Appellees.

---

**ORDER ESTABLISHING BANKRUPTCY
APPEAL BRIEFING REQUIREMENTS**

**Daniel, J.**

      This bankruptcy appeal was filed on October 2, 2015.  The bankruptcy record on appeal was filed on December 15, 2015.  Accordingly, the parties shall timely file their briefs under the schedule provided in Bankruptcy Rule 8018.  Any motion for extension of these deadlines requires a showing of **good cause**, which must be established with **particularity**.  The following **DO NOT** constitute good cause: agreement of counsel; inconvenience to counsel or the parties; press of business or a "heavy workload;" conflicts in scheduling (*a fortiori*, when more than one attorney has entered an appearance for a party); or practice as a solo practitioner.

      All briefs shall comply with all requirements of Bankruptcy Rule 8015 concerning

form, length, and all other matters specified in Rule 8015.  When referencing trial

exhibits, the parties must attach copies to their brief.  If the court finds it necessary to

have original exhibits presented, it will issue an order.

All filings with the United States District Court for the District of Colorado must be

made electronically on the case management and electronic case filing system

(CM/ECF) of the court, unless otherwise permitted by the **Electronic Case Filing**

**Procedures (Civil Cases)** of the court.  Those procedures are available on the website

of the district court, www.cod.uscourts.gov.

Dated:  January 8, 2016

BY THE COURT:


*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE