**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-02194-WYD

In Re: WILLIAM S. DENNEN,

    Debtor,

WILLIAM S. DENNEN,

    Appellant,

v.

WILLIAM HORLBECK, and
MADELINE DUNCAN,

    Appellees.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**Daniel, J.**

    This matter comes before the Court on the Appellant's "Motion to Dismiss/Close Appeals Case Number 15CV2194 Without Prejudice" (ECF No. 24), filed January 14, 2016. After carefully reviewing the file in this matter, I find that it should be dismissed without prejudice. The Clerk of the Court is directed to close this matter.

    Dated: January 19, 2016

                                        BY THE COURT:

                                        */s/ Wiley Y. Daniel*
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE